UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>   *Plaintiff*,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendant*. | Civil Action No. 19-3264 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on January 13, 2021, Plaintiff National Student Legal Defense Network ("Plaintiff") and Defendant the United States Department of Education ("Defendant") hereby provide the Court with the following Joint Status Report. The parties have resolved the substantive issues in the Freedom of Information Act case, and have reached an agreement in principle regarding Plaintiff's claim for fees and costs. The parties require a limited amount of additional time to finalize the agreement and therefore propose that the parties file a stipulation of dismissal or a further joint status report by March 15, 2021.

Dated: February 12, 2021

           Respectfully submitted,

           */s/ Robyn K. Bitner*
           Robyn K. Bitner (D.C. Bar No. 1617036)
           NATIONAL STUDENT LEGAL DEFENSE NETWORK
           1015 15th Street NW, Suite 600
           Washington, DC 20005
           (202) 734-7495
           robyn@defendstudents.org

           *Counsel for Plaintiff*

        MICHAEL R. SHERWIN
        Acting United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

By: */s/ Katherine B. Palmer-Ball*
       KATHERINE B. PALMER-BALL
       D.C. Bar No. 1014003
       Assistant United States Attorney
       555 Fourth Street, N.W.
       Washington, D.C. 20530
       Phone: (202) 252-2537
       katherine.palmer-ball@usdoj.gov

       *Counsel for Defendant*